UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TODD GOLDMAN,

Plaintiff,

-against-

ELI WEISMAN, ROY REVIVO, QUALITY ART
AUCTIONS, INC., and NOAH WEISMAN,

Defendants.

23-CV-7052 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

The Complaint in this action was filed on August 10, 2023. On December 7, 2023, the Court ordered Plaintiff to show good cause in writing why service of the summons and Complaint was not made within the 90 days prescribed by Rule 4(m) of the Federal Rules of Civil Procedure – or, if Plaintiff believed service had been made, to demonstrate when and in what manner service *was* made within the 90 days. *See* ECF No. 8. On December 11, 2023, counsel for Plaintiff filed a letter with the court stating that though he had served all named Defendants, he had not "heard from" Defendants and thus requested "an additional two weeks for a process server to be utilized to verify receipt" of service. *See* ECF No. 9. In response, the Court extended Plaintiff's deadline to file proof of service of the Summons and Complaint by December 22, 2023. *See* ECF No. 10. The deadline has passed and the docket does not reflect that the Summons and Complaint were ever served on Defendants.

Plaintiff is hereby ORDERED to file proof of service of the Summons and Complaint by **January 3, 2024**. Failure to timely file proof of service of the Summons and Complaint may result in dismissal for failure to prosecute.

Dated: December 28, 2023
New York, New York

SO ORDERED.

JESSICA G. L. CLARKE
United States District Judge